AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SOUTHERN STATES IMPORTS, INC., <br> BOB DUNN, JR., and JEFF DUNN, <br>         Plaintiffs, <br><br> v. <br><br> SUBARU OF AMERICA, INC., <br>         Defendant. | **JUDGMENT IN A CIVIL CASE** <br> CASE NO. 5:05-CV-752-F(2) |

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Subaru's Motion for Summary Judgment on the Issue of Liability is ALLOWED, and Plaintiffs' Motion for Summary Judgment as to Liability Only is DENIED. The Clerk of Court is DIRECTED to close this case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **May 30, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Benjamin F. Clifton, Jr.  
Lance R. Fife  
4900 Falls of Neuse Rd., Suite 160  
Raleigh, NC 27609

Daniel Terry Blue, Jr.  
205 Fayetteville St. Mall, Suite 300  
Raleigh, NC 27601

May 30, 2008  
Date

DENNIS P. IAVARONE  
Clerk of Court

/s/ Susan K. Enyart

*Wilmington, North Carolina*

*(By) Deputy Clerk*